***E-FILED - 11/30/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ADRIAN FULLER,<br><br>        Plaintiff,<br><br>  v.<br><br>WILLIAM MARYOWI, et al.,<br><br>        Defendants. | No. C 10-2546 RMW (PR)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CERTIFICATE OF APPEALABILITY; DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL |

    Plaintiff Kenneth Adrian Fuller, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.

    On August 17, 2010, the court ordered a partial dismissal of claims against most defendants except for: Ortiz, Dipman, Sonora County Probation Department, Shanahan, Hutson, Frei, McKinnis and Daily.

    On September 2, 2010, plaintiff filed a "Motion for Certificate of Appealability under Federal Rule 60(b) . . ." Because the court's August 17, 2010 order was not a "final" order, see Fed. R. Civ. P. 54(b), and a Certificate of Appealability is inapplicable to a § 1983 action, plaintiff's motion for a certificate of appealability is DENIED.

    This order terminates docket nos. 21 and 22.

IT IS SO ORDERED.

DATED: 11/30/10

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Order Denying Plaintiff's Motion for Certificate of Appealability; Denying Plaintiff's Motion for Appointment of Counsel
P:\PRO-SE\SJ.Rmw\CR.10\Fuller546DenyCOA-Atty.wpd