*E-FILED - 4/21/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ADRIAN FULLER,        ) | No. C 10-2546 RMW (PR) |
|                                                      ) | |
|       Plaintiff,                          ) | ORDER GRANTING MOTION |
|                                                      ) | FOR LEAVE TO FILE |
|   v.                                          ) | AMENDED ANSWER |
|                                                      ) | |
| WILLIAM MARYOWI, et al.,           ) | |
|                                                      ) | (Docket Nos. 60, 65, 69) |
|       Defendants.                    ) | |
|                                                      ) | |

      Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  On January 31, 2011, defendants Hudson, Frei, Dalley, and McGuiness filed a dispositive motion, as directed by the court.  Plaintiff filed his opposition on February 28, 2011.  On March 1, 2011, defendants Hudson, Frei, Dalley, and McGuiness filed a motion for leave to file an amended answer, asserting that they wished to plead the affirmative defense of a failure to exhaust.  There is no apparent prejudice to plaintiff.  Defendants' motion is GRANTED.  See Fed. R. Civ. P. 15(a)(2).  The Clerk shall file Exhibit C (docket no. 69) as the amended answer for defendants Hudson, Frei, Dalley, and McGuiness.

      On March 31, 2011, defendants Dipman, Ortiz, and Shanahan filed a motion for summary judgment.  That same day, defendants Hudson, Frei, Dalley, and McGuiness filed an amended motion for summary judgment and motion to dismiss.  A review of the motion demonstrates that the defendants included their argument regarding exhaustion in this motion.  In

1  light of the newly filed amended answer and amended motion for summary judgment and motion
2  to dismiss, the court vacates defendants' original dispositive motion, filed on January 31, 2011.
3  (Docket No. 60.) Plaintiff is directed to file his opposition to both motions within **thirty (30)**
4  **days** of the filing date of this order.

5      This order terminates docket numbers 60, 65, and 69.

6      IT IS SO ORDERED.

7  DATED: 4/21/11

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge