THOMAS F. BERTRAND, ESQ., SBN 056560
RICHARD W. OSMAN, ESQ., SBN 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

*E-FILED - 8/3/11*

Attorneys for Defendants
RICHARD A. ORTIZ, SCOTT DIPMAN and SHARON SHANAHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ADRIAN FULLER,<br><br>　　　　Plaintiff,<br>vs.<br>WILLIAMS MARYOWI, et al.<br><br>　　　　Defendants. | CASE NO. CV 10-2546 RMW (PR)<br><br>**[] ORDER GRANTING DEFENDANTS RICHARD A. ORTIZ, SCOTT DIPMAN, AND SHARON SHANAHAN'S MOTION FOR ADMINISTRATIVE RELIEF RE SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Judge:　　Hon. Ronald M. Whyte |

**IT IS HEREBY ORDERED:**

Defendants RICHARD A. ORTIZ, SCOTT DIPMAN and SHARON SHANAHAN's Motion for Administrative Relief Re Summary Judgment Briefing Schedule, made pursuant to Northern District Local Rule 7-11, is GRANTED.  Plaintiff shall file his opposition to COUNTY DEFENDANTS' Motion for Summary Judgment or, in the Alternative, Summary Adjudication by September 2, 2011 _____.  Defendants reply is due fifteen (15) days from the date plaintiff's opposition is filed.

Dated:  8/2/11                             　　　　　　/s/ Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　　　Judge Ronald M. Whyte

---

[] ORDER GRANTING DEFENDANTS RICHARD A. ORTIZ, SCOTT DIPMAN, AND SHARON SHANAHAN'S
MOTION FOR ADMINISTRATIVE RELIEF RE SUMMARY JUDGMENT BRIEFING SCHEDULE
*Kenneth Adrian Fuller v. William Maryowi, et al.*
U.S.D.C. Northern District of CA Case No. C10-2546 RMW (PR)

1