IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ADRIAN FULLER,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM MARYOWI, et al.,<br><br>    Defendants. | No. C 10-2546 RMW (PR)<br><br>ORDER REQUIRING FURTHER BRIEFING |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, alleging that defendants violated the Establishment Clause by forcing him to attend Alcoholics Anonymous and Narcotics Anonymous meetings as a condition of probation. Plaintiff has filed a motion for summary judgment. Defendants have filed cross-motions for summary judgment, arguing that there is no genuine issue of material fact, and that they are entitled to judgment as a matter of law. Plaintiff has filed an opposition. The matters are now submitted for decision.

However, the court requires further briefing and evidence from the parties. Specifically, defendants should address the applicability of Heck v. Humphrey, 512 U.S. 477 (1994) to plaintiff's claim. Defendants shall also produce the entire transcript of plaintiff's December 2009 probation revocation hearing and any related pleadings. Within **thirty days** of the filing date of this order, defendants shall file their supplemental briefs. If plaintiff wishes to file an

1  opposition to the briefs, he may do so within **fifteen days** of the filing date of defendants'
2  supplemental briefs.
3      IT IS SO ORDERED.
4  DATED: _____          *Ronald M. Whyte*
                                       _____
5                                      RONALD M. WHYTE
                                       United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KENNETH A FULLER,

        Plaintiff,

  v.

WILLIAM MARIONI et al,

        Defendant.

Case Number: CV10-02546 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Adrian Fuller
c/o Oliver Fuller
128 East Redwood
Apt. 10
Fort Bragg, CA 95437

Dated: September 23, 2011

                                          Richard W. Wieking, Clerk
                                          By: Jackie Lynn Garcia, Deputy Clerk