1  LOIS A. LINDSTROM, Bar No:111743
   ERICKSEN ARBUTHNOT
2  155 Grand Avenue, Ste. 1050
   Oakland, California 94612
3  Tele: (510) 832-7770
   Fax: (510) 832-0102
4
   Attorneys for Defendant
5  CARLA HUDSON, DIANE FREI, JOHN DALLEY,
   RICK McGUINESS,
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. FULLER, | Case No.: CV 10-02546 RMW(PR) |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| WILLIAM MARIONI, | |
| Defendant. | |

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal with prejudice of this action in its entirety as to all defendants, namely CARLA HUDSON, DIANE FREI, JOHN DALLEY, RICK McGUINESS; and the County Defendants, SCOTT DIPMAN, RICHARD A. ORTIZ, and SHARON SHANAHAN, including any and all claims and counterclaims asserted in this action. The parties shall bear their own costs, including attorneys' fees.

DATED: October 24, 2011

*/s/ Kenneth A. Fuller*
KENNETH A. FULLER
Plaintiff Pro Se

| | | |
|---|---|---|
| 1 | DATED: October 24, 2011 | ERICKSEN ARBUTHNOT |
| 2 | | |
| 3 | | _____ |
| 4 | | LOIS A. LINDSTROM |
| 5 | DATED: October___, 2011 | BERTRAND, FOX & ELLIOTT |
| 6 | | /s/ Richard W. Osman |
| 7 | | _____ |
| 8 | | RICHARD W. OSMAN |

Based on the foregoing Stipulation, IT IS SO ORDERED.

DATED: ~~October~~___, 2011

*Ronald M. Whyte*
_____
HON. RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KENNETH A FULLER,

        Plaintiff,

  v.

WILLIAM MARIONI et al,

        Defendant.

Case Number: CV10-02546 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 17, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Adrian Fuller
c/o Oliver Fuller
128 East Redwood
Apt. 10
Fort Bragg, CA 95437

Dated: November 17, 2011

                                        Richard W. Wieking, Clerk
                                        By: Jackie Lynn Garcia, Deputy Clerk