LOIS A. LINDSTROM, Bar No:111743
ERICKSEN ARBUTHNOT
155 Grand Avenue, Ste. 1050
Oakland, California 94612
Tele: (510) 832-7770
Fax: (510) 832-0102

Attorneys for Defendant
CARLA HUDSON, DIANE FREI, JOHN DALLEY,
RICK McGUINESS,

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH A. FULLER,

        Plaintiff,

   vs.

WILLIAM MARIONI,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: CV 10-02546 RMW(PR)

**STIPULATION OF DISMISSAL WITH
PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal with prejudice of this action in its entirety as to all defendants, namely CARLA HUDSON, DIANE FREI, JOHN DALLEY, RICK McGUINESS; and the County Defendants, SCOTT DIPMAN, RICHARD A. ORTIZ, and SHARON SHANAHAN, including any and all claims and counterclaims asserted in this action. The parties shall bear their own costs, including attorneys' fees.

DATED: October 24, 2011

KENNETH A. FULLER
Plaintiff Pro Se

1    DATED:  October 24, 2011                    ERICKSEN ARBUTHNOT

2

3                                                LOIS A. LINDSTROM

4

5    DATED:  October____, 2011                   BERTRAND, FOX & ELLIOTT

6                                                /s/  Richard W. Osman

7                                                RICHARD W. OSMAN

8

9

10         Based on the foregoing Stipulation, IT IS SO ORDERED.

11

12   DATED:  October____, 2011

13

14                                               HON. RONALD M. WHYTE
                                                 U.S. DISTRICT COURT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

FULLER V. MARIONI CV10-02545 RMW (PR)          STIPULATION OF DISMISSAL WITH PREJUDICE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KENNETH A FULLER,

    Plaintiff,

 v.

WILLIAM MARIONI et al,

    Defendant.
           /

Case Number: CV10-02546 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 17, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Adrian Fuller
c/o Oliver Fuller
128 East Redwood
Apt. 10
Fort Bragg, CA 95437

Dated: November 17, 2011

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk